755-15

TO HON: MR. ACOSTA                                    OCT. 20, 2015        denied PC 10.26.15

DEAR SIR Thank you for your time sir "again with do all respect i come to again asking for an other Extension for my P.D.R i've recently wrote you a letter about where im standing with my Court records that i've recently been trying to get for my Petition Discretionary Review but unfortunatly i've haven't heard from my Court yet.

Now im asking you sir for this Extension so i can go ahead, and start get my copy's that i do have ready to send because i still dont have any Trial Court's Report to work on sir, and now im coming down to my End of this Extension that's right around the corner of Oct 21, 2015 sir.

I hate to say this but i've shouldn't be going threw all of this waiting, and delays only cause of my ineffective Counsel MR. Mike berger Bar # 02197900 did not file my Reporter's Records from my Trial in Which i do have a right to my Records according to Rule 34.2 in Which is a due process now. Thank you MR. Acosta prayerly this court will understand my cituation, and will grant this Extension for Final Continuance on this Petition For Discretionary Review Sir.

COA CASE NO 02-14-00062-CR
PD-0755-15
TR. Ct NO. 1346024-R

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 23 2015
Abel Acosta, Clerk

Respectfully submitted
MR. Robert Ramirez Pro-se

FILED IN
COURT OF CRIMINAL APPEALS
OCT 23 2015
Abel Acosta, Clerk